IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ALI KHATIB HAJI HASSAN (3), | § | CRIMINAL NUMBER H-12-429 |
| ERNEST MICHAEL MBWILE (5), | § | |
| IBRAHIM OMARY MADEGA (8), | § | |
| TIKO EMANUEL ADAM (9), and | § | |
| IDDY SALEHE MFULLU (10), | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 9, 2019, the court set this case for sentencing on August 6, 2019, at 1:00 p.m. The order stated:

> The court has continued the sentencing dates several times. Given the age of the case and the fact that the defendants have been in custody for a lengthy period of time, and the need to schedule interpreters for many of the defendants, it is extremely unlikely that the court will again extend any of the dates in this order.

Order Resetting Sentencing, Docket Entry No. 394.

Mr. Adam will require the services of a Swahili interpreter. The cost of providing a Swahili interpreter at the sentencing is approximately $2,000. The court therefore scheduled all of the Swahili-speaking defendants for sentencing on the same day, August 6, 2019. The court's April 9, 2019, order gave the parties and their attorneys four months advance notice so that they could plan accordingly and arrange their schedules to avoid conflicts.

The fact that counsel for Mr. Adams failed to arrange his schedule to avoid such conflicts does not justify his requested continuance. Accordingly, Tiko Adam's Motion to Reconsider Unopposed Motion to Continue (Docket Entry No. 398) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 3rd day of July, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE